**In the Matter of the Petition of the SOUTHERN PACIFIC COMPANY, as Owner of the Derrick Lighter Laredo, for Exemption from and Limitation of Its Liability.**

Circuit Court of Appeals, Second Circuit. February 4, 1929.

No. 184.

Levy & Becker, of New York City (Edward Gluck and Joseph Levy, both of New York City, of counsel), for appellant.

Charles R. Hickox and Vernon S. Jones, both of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [30 F.(2d) 723] affirmed, with costs.